UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| JON COLLIER and wife, ) <br> VIRGINIA COLLIER, individually and ) <br> On behalf of S.D.C., their minor daughter ) <br> ) <br> V. ) <br> ) <br> WELLMONT HEALTH SYSTEM d/b/a ) <br> WELLMONT HOLSTON VALLEY ) <br> MEIDCAL ASSOCIATES, INC., ET AL ) | NO. 2:15-CV-330 |

### ORDER

The parties have filed a Joint Motion [Doc. 23] to amend the scheduling order, which basically requests to extend certain deadlines by thirty days. The trial is scheduled for October 3, 2017, and the last date they seek to have extended would only be extended to January 6, 2017. Party depositions are still ongoing, and they need the brief extensions to provide the necessary information to their potential expert witnesses.

The Motion is GRANTED. The plaintiffs' expert disclosures, set forth in paragraph 4 of the scheduling order [Doc. 21], will be due October 6, 2016. The defendants' expert disclosures will be due November 11, 2016. The discovery cut-off as set forth in paragraph 7 of the scheduling order is extended to January 6, 2017. The deadline for motions for judgment on the pleadings set forth in paragraph 8(b) of the scheduling order is extended to October 6, 2016. The parties' status report deadline set forth in paragraph 5 of the scheduling order is extended to October 6, 2016. The alternative dispute resolution/mediation deadline is extended to December 8, 2016.

*All other deadlines set forth in the scheduling order remain in full force and effect*.

SO ORDERED:

s/ Clifton L. Corker
UNITED STATES MAGISTRATE JUDGE