IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE AT GREENEVILLE

| | |
|---|---|
| JON COLLIER and wife VIRGINIA COLLIER, individually and on behalf of S.D.C., their minor daughter,<br><br>      Plaintiffs<br><br>VS.<br><br>WELLMONT HEALTH SYSTEM d/b/a WELLMONT HOLSTON VALLEY MEDICAL CENTER, WELLMONT MEDICAL ASSOCIATES, INC., JAMES PATRICK BECKNER, M.D., ANDREA E. KING, R.N., and AMY K. SKERLEC, R.N.,<br><br>      Defendants | CIVIL ACTION NO. 2:15-cv-330<br>JUDGE J. RONNIE GREER |

## STIPULATION OF DISMISSAL

Come the parties to this action, through counsel of record, and stipulate, pursuant to Rule 41(1)(A)(ii), Federal Rules of Civil Procedure, that this action is voluntarily dismissed. The parties agree that this action is not subject to Rules 23(e), 23.1(c), 23.2 or 66, Federal Rules of Civil Procedure. The parties shall each bear their own costs and attorneys' fees.

      ENTER this _____ day of October, 2016.

_____
United States District Judge

Approved for entry:


*s/Olen G. Haynes, Sr.*
Olen G. Haynes, Sr., BPR No. 000587
Olen G. Haynes, Jr., BPR No. 019420
The Haynes Firm
P.O. Box 1879
Johnson City, TN 37605
(423) 928-0165
*Attorneys for Plaintiffs*



*s/Andrew T. Wampler*
Andrew T. Wampler, BPR No. 021743
Wilson, Worley, Moore, Gamble & Stout, P.C.
P. O. Box 88
Kingsport, TN 37662
(423) 723-0418
*Attorney for Defendants Wellmont Health System d/b/a*
*Wellmont Holston Valley Medical Center,*
*Wellmont Medical Associates, Inc.,*
*Andrea E. King, RN and Amy K. Skerlec, R.N.*



*s/Jimmie C. Miller*
Jimmie C. Miller, BPR No. 009756
Meredith B. Humbert, BPR No. 024512
HUNTER, SMITH & DAVIS, LLP
P. O. Box 3740
Kingsport, TN 37664
(423) 378-8852
*Attorneys for Defendant James Patrick Beckner, M.D.*